Douglas A. Daniels
Daniels & Tredennick, LLP
6363 Woodway Drive, Suite 965
Houston, Texas 77057
(713) 917-0024 (T) | (713) 917-0026 (F)
doug.daniels@dtlawyers.com

CV-17-00592-PHX-DGC

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE BARD IVC FILTERS<br><br>PRODUCTS LIABILITY LITIGATION | No. MD-15-02641-PHX-DGC<br><br>**SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIM** |

Plaintiff named below, for their Complaint against Defendants named below, incorporate the Master Complaint for Damages in MDL 2641 by reference (Doc. 364). Plaintiff further shows the Court as follows:

1. Plaintiff / Deceased Party:

   Eli Greenbaum

2. Spousal Plaintiff / Deceased Party's spouse or other third party making loss of consortium claim:

   None.

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator):

   None.

4. Plaintiff's / Deceased Party's state of residence at the time of implant.

   Kansas.

5. Plaintiff's / Deceased Party's state of residence at the time of injury:

   Texas.

6. Plaintiff's current state of residence:

   Texas.

SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIM - 1

7. District Court and Division in which venue would be proper absent direct filing:

    Western District of Texas, El Paso Division.

8. Defendants (check Defendants against whom Complaint is made):

    _X_        C.R. Bard Inc.

    _X_        Bard Peripheral Vascular, Inc.

9. Basis of Jurisdiction:

    _X_        Diversity of Citizenship

    ___        Other: _____

    a.    Other allegations of jurisdiction and venue not expressed in Master Complaint:

          None.

10. Defendants' Inferior Vena Cava Filter(s) about which Plaintiff is making a claim (Check applicable Inferior Vena Cava Filter(s)):

    ___            Recovery® Vena Cava Filter

    _X_            G2® Vena Cava Filter

    ___            G2® Express (G2®X) Vena Cava Filter

    ___            Eclipse® Vena Cava Filter

    ___            Meridian® Vena Cava Filter

    ___            Denial® Vena Cava Filter

    ___            Other:_____

11. Date of Implantation as to each product:

    October 10, 2005.

12. Counts in the Master Complaint brought by Plaintiff:

    _X_        Count I:  Strict Products Liability – Manufacturing Defect.

    _X_        Count II:  Strict Products Liability – Information Defect (Failure to Warn).

    _X_        Count III:  Strict Products Liability – Design Defect.

SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIM - 2

| | | |
|---|---|---|
| | _X_ | Count IV: Negligence – Design. |
| | _X_ | Count V: Negligence – Manufacture. |
| | _X_ | Count VI: Negligence – Failure to Recall / Retrofit. |
| | _X_ | Count VII: Negligence – Failure to Warn. |
| | _X_ | Count VIII: Negligent Misrepresentation. |
| | _X_ | Count IX: Negligence *Per Se*. |
| | _X_ | Count X: Breach of Express Warranty. |
| | _X_ | Count XI: Breach of Implied Warranty. |
| | _X_ | Count XII: Fraudulent Misrepresentation. |
| | _X_ | Count XIII: Fraudulent Concealment. |
| | _X_ | Count XIV: Violations of Applicable Texas Law Prohibiting Consumer Fraud and Unfair and Deceptive Acts or Practices. |
| | ___ | Count XV: Loss of Consortium. |
| | ___ | Count XVI: Wrongful Death. |
| | ___ | Count XVII: Survival. |
| | _X_ | Punitive Damages |
| | ___ | Other: _____ (please state the facts supporting this Count in the space immediately below. |

_____

_____

_____

SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIM - 3

RESPECTFULLY SUBMITTED this 20th Day of February, 2017.

**DANIELS & TREDENNICK, LLP.**

By: _____
Douglas A. Daniels
6363 Woodway Drive, Suite 965
Houston, Texas 77057

*Attorneys for Plaintiffs*

I hereby certify that on this 20th day of February, 2017, I mailed via Certified Mail – Return Receipt Requested, an original of this document to the Clerk, U.S. District Court, 401 W. Washington St., Suite 130, Phoenix, AZ 85003.

SHORT FORM COMPLAINT FOR DAMAGES FOR INDIVIDUAL CLAIM - 4