IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| ELI GREENBAUM, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | EP-20-CV-87-KC |
| | § | |
| C R BARD INCORPORATED; and | § | |
| BARD PERIPHERAL VASCULAR | § | |
| INCORPORATED, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

On this day, the Court sua sponte considered the above-captioned case. On November 24, 2020, the parties informed the Court that they reached a settlement of this matter. ECF No. 30. In response, the Court ordered that "unless the parties submit final closing papers **on or before December 31, 2020**, the Court will dismiss the case without costs and without prejudice to the rights of any party thereto to move within thirty days thereafter to reopen if settlement has not, in fact, been consummated." ECF No. 31. The December 31, 2020, deadline has passed, and the parties have not submitted final closing papers to the Court.

Accordingly, it is hereby **ORDERED** that all of Plaintiff's claims in this case are **DISMISSED** without prejudice to the rights of either party to move to reopen **on or before February 4, 2021**.

The Clerk shall close the case.

**SO ORDERED**.

**SIGNED** this 5th day of January, 2021.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE